Frank Perkins and Lena Perkins, Plaintiffs, v. Consolidated Estates Company, Defendant.—Order reversed, without costs, and motion granted, without costs, on the authority of *Birmingham* v. *Squires* (139 App. Div. 129). All concurred.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company v. Egburt E. Woodbury and Others, Together Constituting the State Board of Tax Commissioners, and the City of Buffalo.—Motion denied.

Nathan J. Packard, Substituted as Plaintiff for The Ulster County Savings Institution, Respondent, v. Anna E. Lyon and Grace Parker Lyon Appellants, Impleaded with Others.—Order affirmed, without costs. All concurred.

Quayle & Son, Respondent, v. Lawson Hose Company, No. 5, Appellant.—Order affirmed, with ten dollars costs and disbursements. All concurred.

Saranac Land and Timber Company, Respondent, v. James A. Roberts, as Comptroller of the State of New York, Appellant. (Action No. 1.)—Judgment and order unanimously affirmed, with costs.

Saranac Land and Timber Company, Respondent, v. James A. Roberts, as Comptroller of the State of New York, Appellant. (Action No. 2.)—Judgment and order unanimously affirmed, with costs.

Viola Wasson, Appellant, v. City of Oneonta, Respondent.—Judgment affirmed, with costs. All concurred, except Kellogg and Houghton, JJ., who dissented on the ground that it is question of fact as to whether the city used reasonable care in ascertaining whether or not a proper guard was maintained.